UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. BURNETTE,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY MERRIFIELD, et al.,<br><br>Defendants. | No. 2:19-cv-2283 JAM DB P<br><br><br>ORDER |

Plaintiff is confined at Napa State Hospital pursuant to a determination of incompetency under California Penal Code § 1370 and has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 18, 2019, are adopted in full;

2. This case is dismissed for plaintiff's failure to state a claim upon which relief may be granted.

DATED: January 22, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE